# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-8083 ODW(PLAx) | Date | December 17, 2010 |
|---|---|---|---|
| Title | Theodore Brown v. Fastenal Company et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [14] filed December 16, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, January 24, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

                                                                                              :   00

Initials of Preparer   RGN